IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOAO TAVARES,               ) | |
| ) | Civil Action No. |
| Plaintiff,               ) | |
| ) | 1:14-cv-01709-ODE |
| v.               ) | |
| ) | JURY TRIAL DEMANDED |
| KENNESAW PEDIATRICS, P.C.,   ) | |
| ) | |
| Defendant.               ) | |
| _____ ) | |

## JOINT MOTION TO STAY PROCEEDINGS AND DEADLINES

The parties herein, Plaintiff Joao Tavares and Defendant Kennesaw Pediatrics, P.C. (collectively the "Parties"), by and through their counsel and pursuant to LR 7.1, NDGa., respectfully move the Court to stay all proceedings and deadlines in this action, including the time for filing responsive pleadings to any docketed filings, on grounds that the Parties have reached a proposed settlement. The Parties are preparing settlement documentation and will submit a motion for settlement approval on or before August 20, 2014.

**WHEREFORE**, the parties respectfully request that the Court consider this motion and enter an Order staying proceedings and all deadlines in this action.

Respectfully submitted, this 6th day of August, 2014.

| | |
|---|---|
| */s/ V. Severin Roberts* | */s/ Carl Sollee*\* |
| V. Severin Roberts | Carl Sollee |

1

Barrett & Farahany, LLP
1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120 (telephone)
(404) 214-0125 (facsimile)
vsroberts@bf-llp.com


Attorney for Plaintiff

Sollee Law, LLC
1376 Sheffield Dr., N.E.
Atlanta, Georgia 30329
(404) 633-8223
(678) 623-9875
carl@solleelaw.com


Attorney for Defendant

*With express permission by VSR

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Joint Motion to Stay Proceedings and Deadlines** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 6th day of August, 2014.

By: s/V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309